# IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF FLORIDA
## PENSACOLA DIVISION

**DOMINIQUE JAMAL TOLBERT,**

    *Plaintiff,*

**v.**                              **Case No.: 3:25cv2545-MW/HTC**

**A.L.O., et al.,**

    *Defendants.*

_____/

## ORDER ACCEPTING AND ADOPTING
## REPORT AND RECOMMENDATION

This Court has considered, without hearing, the Magistrate Judge's Report and Recommendation. ECF No. 11. Accordingly, upon consideration, no objections having been filed by the parties,

**IT IS ORDERED:**

The report and recommendation, ECF No. 11, is **accepted and adopted** as this Court's opinion. The Clerk shall enter judgment stating, "Plaintiff's case is **DISMISSED without prejudice** under this Court's inherent authority based on Plaintiff's failure to fully disclose his litigation history" The Clerk shall close the file.

**SO ORDERED on March 16, 2026.**

                           **s/Mark E. Walker**
                           **United States District Judge**